UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| William Masten and Catherine McAlister, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Metropolitan Life Insurance Company, the Metropolitan Life Insurance Company Employee Benefits Committee, and John/Jane Does 1-20,<br><br>Defendants. | Civil Action No. 18-cv-11229-RA<br><br><br><br>CLASS ACTION |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Prod. 41(a)(1)(A)(i), Plaintiff William Masten voluntarily dismisses his claims in this action against each named Defendant and Plaintiff Catherin McAlister voluntarily dismisses her claims against the individual members of the Metropolitan Life Insurance Company Employee Benefits Committee that were identified as "John/Jane Does 1-20" in the Corrected Amended Complaint (ECF No. 39).

Dated: October 21, 2021

Respectfully submitted,

_Robert A. Izard_
**IZARD, KINDALL & RAABE LLP**
Robert A. Izard (admitted *pro hac vice*)
Mark P. Kindall
Douglas P. Needham
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: rizard@ikrlaw.com

Application granted. William Masten has been terminated as a party. The Clerk of Court is respectfully directed to further amend the docket in this matter to remove John/Jane Does 1-20 as defendants.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 25, 2021

1

2

       Email:  mkindall@ikrlaw.com
       Email:  dneedham@ikrlaw.com

**BAILEY & GLASSER LLP**
Gregory Y. Porter (admitted *pro hac vice*)
Mark G. Boyko
1054 31st Street, NW, Suite 230
Washington, DC 20007
(202) 463-2101
(202) 463-2103 fax
gporter@baileyglasser.com
mboyko@baileyglasser.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

    *Robert A. Izard*
    Robert A. Izard