Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Russell L. Hirschhorn
Member of the Firm
d +1.212.969.3286
f 212.969.2900
rhirschhorn@proskauer.com
www.proskauer.com

March 4, 2022

By Electronic Case Filing

The Honorable Ona T. Wang
U.S. District Court Magistrate Judge, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re: *McAlister v. Metropolitan Life Insurance Co.*, Case No. 18-cv-11229 (S.D.N.Y.)

Dear Judge Wang:

We represent the Defendants in the above-referenced action. We write jointly with counsel for Plaintiffs to request a modification of the briefing schedule related to Plaintiffs' motion for class certification (ECF Nos. 139–42).

Plaintiffs filed their motion for class certification on February 21, 2022. Under the current schedule, Defendants' opposition brief is due May 9, 2022; and Plaintiffs' reply brief is due June 6, 2022. (ECF No. 135.) The Court previously granted two extensions of time for Plaintiffs to file their motion for class certification. (ECF Nos. 130, 135.) The Scheduling Order in this action provides that Defendants have an opportunity to depose Plaintiffs' expert in advance of filing their opposition papers. (ECF No. 119.) Because of preexisting commitments, including out-of-country travel by Plaintiffs' expert, holidays, and vacation schedules, the first available date for the deposition of Plaintiffs' expert for all parties and Plaintiffs' expert is May 5, 2022.

As such, the parties have agreed that, subject to the Court's consent, Defendants' opposition brief and supporting papers will be due **May 25, 2022**; and Plaintiffs' reply brief will be due **June 22, 2022**.

We thank the Court for its consideration of this request.

Respectfully,



Russell L. Hirschhorn

cc    All counsel of record by ECF

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC