

Proskauer Rose LLP   Eleven Times Square, New York, NY 10036-8299

Russell L. Hirschhorn
Member of the Firm
d 212.969.3286
f 212.969.2900
rhirschhorn@proskauer.com
www.proskauer.com

March 21, 2023

By Electronic Case Filing

The Honorable Ronnie Abrams
U.S. District Court Judge, S.D.N.Y.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *McAlister v. Metropolitan Life Insurance Co.*, 18-cv-11229 (S.D.N.Y.)

Dear Judge Abrams:

    We represent Defendants Metropolitan Life Insurance Company and the Metropolitan Life Insurance Company Employee Benefits Committee in the above-referenced action.

    Pursuant to Rule 1(d) of your Honor's Individual Rules & Practices, we write to respectfully request an extension of time to file objections to Magistrate Judge Wang's Report & Recommendation recommending that Plaintiffs' Motion for Class Certification be granted (ECF No. 161). Defendants' current deadline is March 31, 2023.

    We have consulted with Plaintiffs' Counsel and they consent to the following briefing schedule:

    Defendants' Objections    April 28, 2023

    Plaintiffs' Response    June 2, 2023

    The reason for this request is to accommodate preexisting schedules of counsel and the client, some of whom will be out of the country during the intervening holidays. This is the first request for an extension of time. This request does not affect any other scheduled dates.

    We thank the Court for its consideration of this request.

Respectfully,

/s/Russell L. Hirschhorn

Russell L. Hirschhorn

cc    All counsel of record (by ECF)

Application granted.

SO ORDERED.

_____

Hon. Ronnie Abrams
3/22/2023