UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE MCALISTER, PAULINE WALKER, LEE KERNAN, EMILY ROSS, SCOTT BATEY, MARY TRIVETT, and JOAN BROWNELL, *on behalf of themselves and all others similarly situated*,

                Plaintiffs,

v.

METROPOLITAN LIFE INSURANCE COMPANY, METLIFE GROUP, INC., and THE METROPOLITAN LIFE INSURANCE COMPANY EMPLOYEE BENEFITS COMMITTEE,

                Defendants.

No. 18-CV-11229 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Oral argument on Defendants' objections to Magistrate Judge Wang's Report and Recommendation recommending that the Court certify a class in this matter shall be held on August 28, 2023 at 3:00 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse at 40 Foley Square.

SO ORDERED.

Dated:    August 10, 2023
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge