UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM MASTEN, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, et al., <br><br> Defendant(s). | 18-CV-11229 (DEH) <br><br> **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 20, 2023
       New York, New York

                                              DALE E. HO
                                      United States District Judge