

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

**Application GRANTED. The deadline is EXTENDED to January 21, 2026. The Clerk of Court is respectfully directed to terminate ECF No. 230.**

January 9, 2026

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: January 12, 2026
New York, New York

**By Electronic Case Filing**

The Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *McAlister, et al. v. Metropolitan Life Ins. Co., et al.*, **No. 1:18-cv-11229-DEH (S.D.N.Y.)**

Dear Judge Ho:

We represent Defendants in the above-referenced action. We write to respectfully request a one-week extension of Defendants' deadline to file their opposition to Plaintiffs' Motion in Limine (ECF Nos. 226–228), from January 14, 2026 to January 21, 2026. Plaintiffs do not object to this request.

On January 7, 2026, the parties filed their pretrial submissions. Plaintiffs simultaneously filed a 25-page memorandum of law in support of their Motion in Limine seeking to preclude certain anticipated testimony from Defendants' expert and two of Defendants' fact witnesses, as well as to exclude several categories of documents. (ECF No 227.) Under Rule 5.f.i of the Court's Individual Rules and Practices, Defendants' opposition is due within one week of the filing, i.e., January 14, 2026.

Good cause exists for a brief extension. Plaintiffs' motion raises multiple evidentiary and expert issues. The requested one-week extension will allow Defendants to prepare a fulsome and tailored response, accommodate previously scheduled professional commitments of counsel in connection with pretrial preparations, and ensure appropriate client input before filing.

The requested extension until January 21, 2026 will not affect any other dates. The parties are scheduled to appear for a pretrial conference on February 6, 2026, and trial is scheduled for February 17–19, 2026. There have been no previous requests for an extension.

We thank the Court for its consideration of this request.

Respectfully,

*/s/ Russell L. Hirschhorn*

cc:     All Counsel of Record

Beijing | Boca Raton | Boston | Charlotte | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Paris | São Paulo | Washington, DC