UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| McAllister et al., | |
| Plaintiffs, | 18-CV-11229 (DEH) |
| v. | |
| Metropolitan Life Insurance Company et al., | ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

For the reasons stated on the record, Plaintiff's Motion in Limine is DENIED WITHOUT PREJUDICE. Plaintiff's Motion for Leave to File a Reply is GRANTED. The Clerk of Court is respectfully directed to terminate ECF Nos. 226 and 235.

SO ORDERED.

Dated: February 6, 2026
      New York, New York

_____
DALE E. HO
United States District Judge