**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Catherine McAlister, Pauline Walker, Lee Kernan, Emily Ross, Scott Batey, Mary Trivett and Joan Brownell, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Metropolitan Life Insurance Company, MetLife Group, Inc. and the Metropolitan Life Insurance Company Employee Benefits Committee,<br><br>Defendants | Civil Action No. 18-cv-11229-DEH-OTW<br><br>**FIRST SUPPLEMENTAL JOINT STIPULATION OF FACTS** |

WHEREAS, on October 21, 2021, Plaintiffs Catherine McAlister, Pauline Walker, Lee Kernan, Emily Ross, Scott Batey, Mary Trivett, and Joan Brownell (collectively, "Plaintiffs") filed the Second Amended Complaint in the above-captioned action against Defendants Metropolitan Life Insurance Company, MetLife Group, Inc., and the MetLife Group, Inc. Employee Benefits Committee (collectively, "Defendants") (ECF No. 124);

WHEREAS, this Court scheduled trial for February 17-19, 2026; and

WHEREAS, the parties stipulate to the following additional fact for purposes of trial of this action.

NOW THEREFORE IT IS STIPULATED AND AGREED THAT:

Other than Plan documents that have been produced, Defendants are not aware of any documents concerning any decision by the Company or the Employee Benefits Committee to select, retain or change the actuarial assumptions used to calculate annuity to annuity conversions of Traditional Formula pension benefits from January 1, 2013 through the present.

DATED: February 12, 2026

**PROSKAUER ROSE LLP**

By:  *s/ Russell L. Hirschhorn*

Myron D. Rumeld
Russell L. Hirschhorn

*Counsel for Defendants*

**IZARD, KINDALL & RAABE LLP**

By:  *s/ Robert A. Izard*

Robert A. Izard
Craig A. Raabe
Christopher M. Barret

*Counsel for Individual Plaintiffs and the Class Plaintiffs*