UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Catherine McAlister, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Metropolitan Life Insurance Company, et al.,

Defendants.

No. 18-cv-11229-DEH

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, Lee Kernan, Emily Ross, Joan Brownell, Catherine McAlister, and Scott Batey, individually and as Settlement Class Representatives, move for an order finally approving the class action Settlement between Plaintiffs and Defendants, finally certifying the Settlement Class, and entering Judgment. Specifically, Plaintiffs ask the Court to: **(*1*)** finally approve the proposed Settlement as fair, reasonable, and adequate under Federal Rule of Civil Procedure 23(e)(2); **(*2*)** finally certify the Settlement Class under Rules 23(a) and 23(b)(1)(A); **(*3*)** confirm that notice satisfied Rule 23 and due process; and **(*4*)** enter the accompanying [Proposed] Final Judgment. This Motion is made pursuant to the Court's Order Preliminarily Approving Class Action Settlement & Release, dated June 9, 2026, and filed June 10, 2026 (ECF 255), which scheduled the Fairness Hearing for November 12, 2026.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and the Declaration of Christopher M. Barrett, together with the supporting declarations and exhibits cited in the memorandum.

Respectfully submitted,

DATED: September 28, 2026

*/s/ Christopher M. Barrett*

IZARD, KINDALL & RAABE LLP
Robert A. Izard (admitted pro hac vice)
Craig A. Raabe
Christopher M. Barrett
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
rizard@ikrlaw.com
craabe@ikrlaw.com
cbarrett@ikrlaw.com

BAILEY & GLASSER LLP
Gregory Y. Porter (admitted pro hac vice)
Mark G. Boyko
1055 Thomas Jefferson Street NW
Suite 540Washington, DC 20007
(202) 463-2101
(202) 463-2103 fax
gporter@baileyglasser.com
mboyko@baileyglasser.com

*Class Counsel*