Proskauer

Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

Russell L. Hirschhorn
Member of the Firm
d +1.212.969.3286
f 212.969.2900
rhirschhorn@proskauer.com
www.proskauer.com

October 5, 2026

**By Electronic Filing**

The Honorable Dale E. Ho
U.S. District Court Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *McAlister et al. v. Metropolitan Life Insurance Co.*, 18-cv-11229 (S.D.N.Y.)

Dear Judge Ho:

We represent the Defendants in the above-referenced action and respectfully request that the Fairness Hearing currently scheduled for November 13, 2026 be rescheduled to November 16 or November 20, 2026. Class Counsel consents to this request.

The Fairness Hearing was initially scheduled for November 12, 2026. (ECF No. 255.) The Court subsequently adjourned the Hearing to November 13, 2026 at 10:30 a.m. (ECF No. 256.) Defense Counsel has a scheduling conflict on November 13, 2026. Counsel for all parties have conferred and are available on both November 16 and November 20, 2026.

Accordingly, we respectfully request that the Court adjourn the Fairness Hearing to November 16 or November 20, 2026. There are no other appearances currently scheduled before the Court in this matter.

We thank the Court for its consideration.

Respectfully,

*/s/ Russell L. Hirschhorn*

cc All Counsel of Record by ECF

Application **GRANTED**. The Fairness Hearing is **ADJOURNED** until **November 16, 2026 at 10:30 a.m.** The Clerk of Court is respectfully directed to close ECF No. 268.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Dale E. Ho
United States District Judge